# Court of Appeals
# of the State of Georgia

ATLANTA, November 27, 2012

*The Court of Appeals hereby passes the following order:*

**A13D0110. WILLIAM MIDDLETON v. THE STATE.**

On November 9, 2005, William Thomas Middleton pled guilty to one count of sexual exploitation of children. He recently filed a pro se "Defendant's Discretionary Appeal Motion to Vacate Defendant's Guilty Plea" in this Court, arguing that his guilty plea should be vacated.

Pursuant to OCGA § 5-6-35 (c) and Court of Appeals Rule 31 (e), an application for discretionary review must include a stamped "filed" copy of the order being appealed. Here, Middleton has not included any order addressing his request to vacate his guilty plea. Accordingly, we are unable to determine whether his application was filed within 30 days of the order(s) he challenges. See OCGA § 5-6-35 (d) (providing that an application must be filed within 30 days of the entry of the order). Moreover, his application is untimely as to the only order he did include: the 2005 final disposition of his criminal case.

As the applicant, Middleton bears the burden of establishing that his application should be granted. See *Harper v. Harper*, 259 Ga. 246 (378 SE2d 673) (1989). Given the dearth of information he provided with his application, we are unable to assume jurisdiction. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989) ("The requirements of O.C.G.A. § 5-6-35 are jurisdictional and this court cannot accept an appeal not made in compliance therewith."). Accordingly, this application is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 11/27/2012
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.



, Clerk.